HUSTEEL CO., LTD., ILJIN Steel Corporation, AJU Besteel Co., Ltd., SeAH Steel Corp., Plaintiffs

Hyundai Steel Company, FKA Hyundai Hysco, Plaintiff-Appellee

Nexteel Co., Ltd., Plaintiff-Appellant

v.

UNITED STATES, Boomerang Tube LLC, Energex Tube (a Division of JMC Steel Group), Tejas Tubular Products, TMK IPSCO, Vallourec Star, L.P., Welded Tube USA Inc., Defendants-Appellees

Maverick Tube Corporation, United States Steel Corporation, Defendants-Cross-Appellants

2016-2732, 2017-1013, 2017-1014

United States Court of Appeals, Federal Circuit.

February 7, 2018

JAEHONG DAVID PARK, Arnold & Porter Kaye Scholer LLP, Washington, DC, argued for plaintiff-appellant. Plaintiff-appellant and plaintiff-appellee also represented by HENRY DAVID ALMOND, SYLVIA Y. CHEN, DANIEL ROBERT WILSON; ANDREW MERCER TREASTER, Denver, Co.

HARDEEP KAUR JOSAN, International Trade Field Office, Commercial Litigation Branch, Civil Division, United States Department of Justice, New York, NY, argued for defendant-appellee United States. Also represented by CHAD A. READLER, JEANNE E. DAVIDSON, CLAUDIA BURKE; MYKHAYLO GRYZLOV, Office of the Assistant Chief Counsel for Trade Enforcement and Compliance, United States Department of Commerce, Washington, DC.

ROBERT E. DEFRANCESCO, III, Wiley Rein, LLP, Washington, DC, argued for defendant-cross-appellant Maverick Tube Corporation. Also represented by ALAN H. PRICE, LAURA EL-SABAAWI, JEFFREY OWEN FRANK, ADAM MILAN TESLIK.

ROGER BRIAN SCHAGRIN, Schagrin Associates, Washington, DC, for defendants-appellees Boomerang Tube LLC, Energex Tube, Tejas Tubular Products, TMK IPSCO, Vallourec Star, L.P., Welded Tube USA Inc. Also represented by JOHN W. BOHN, CHRISTOPHER CLOUTIER, PAUL WRIGHT JAMESON.

DEBBIE LEILANI SHON, Quinn Emanuel Urquhart & Sullivan, LLP, Washington, DC, for defendant-cross-appellant United States Steel Corporation. Also represented by JOSEF ANSORGE, JONATHAN GORDON COOPER, JON DAVID COREY, KELSEY RULE.

Per Curiam

## JUDGMENT

(Moore, Mayer, and Stoll, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**